Denied
Order Judge
12/1/2015

Nos. PD-0490 AND 0491-15

In the Court of the Criminal Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta. Clerk

JOE POLANCO, Appellant

vs.

THE STATE OF TEXAS, Appellee

**On Appeal from the Court of Appeals Nos. 05-14-00212-CR and 05-14-00213-CR
Trial Court Cause Nos. 401-81063-2011, 401-80435-2012**

FILED IN
COURT OF CRIMINAL APPEALS

DEC 01 2015

Abel Acosta, Clerk

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S MOTION FOR REHEARING

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Joe Polanco, Appellant, and files this Motion for Extension of Time to File Appellant's Motion for Rehearing, pursuant to Rule 49.8 of the Texas Rules of Appellate Procedure. As grounds in support of this Motion, Appellant states the following:

1. The Court of Criminal Appeals refused Appellant's Petition for Discretionary Review on November 4, 2015.

2. A Motion for Rehearing on Appellant's Petition for Discretionary Review is due to the Court on November 19, 2015.

3. Appellant believes that he has not had adequate time to prepare a Motion for Rehearing, therefore, he is asking the Court to consider allowing him an additional thirty (30) days to submit a Motion for Rehearing.

4. In addition, the requested extension of time is necessary to ensure that Appellant outlines the issues that he believes are the key factors to his appeal, so that the Court can form a basis and understand the significance of the issues at hand.

1

5. Appellant is making a diligent effort to seek legal advice on how to approach the Court with a strategic plan that will assist him in influencing the Court to grant his Motion for Rehearing so that the Court can completely understand Appellant's issues at hand.

6. Appellant requests that the Court allow him sufficient time to research the Texas Rules of Appellate Procedure as well as any statutes which may assist him in proving his issues to the Court.

## PRAYER

Appellant prays that he be granted the relief requested in this motion and that said Court allow him a thirty (30) day extension to prepare a Motion for Rehearing.

Respectfully submitted,

_____

JOE POLANCO
*pro se*
2309 Coolmist Creek
Little Elm, Texas 75069
Telephone: (972) 404-6818

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Greg Willis, John R. Rolater, Jr., and Zeke Fortenberry, Collin County District Attorney, 2100 Bloomdale Road, Suite 100, McKinney Texas 75071-8313 this _____ day of November, 2015.

_____

JOE POLANCO
*pro se*